```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF MONTANA

                         BILLINGS DIVISION

PATRICIA LYNN SCHMALTZ,            )
PAUL EDWARD SCHMALTZ,              )
                                   )
            Plaintiffs,            ) Cause No. CV 06-89-BLG-RFC-RWA
                                   )
     vs.                           ) **FINDINGS AND RECOMMENDATION**
                                   ) **OF UNITED STATES MAGISTRATE**
CAROL ANDERSON, GLENN ANDERSON,    ) **JUDGE**
                                   )
            Defendants.            )
```

Because it does not appear from the face of the complaint that either federal question or diversity jurisdiction exists in this case, the Court on July 24, 2006, ordered plaintiffs to show cause why the action should not be dismissed for lack of subject matter jurisdiction. The Court warned plaintiffs that failure to comply with the order would result in a recommendation that the action be dismissed.

To date, plaintiffs have failed to comply and the time for doing so has elapsed.

Accordingly, the undersigned United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), **RECOMMENDS** that this action be dismissed for lack of subject matter jurisdiction and for plaintiffs' failure to comply with orders of the court.

Under 28 U.S.C. § 636(b)(1) and Rule 72(b), Fed.R.Civ.P., the

parties may serve and file objections to this recommendation within 10 days of receipt thereof.

DONE and DATED this     15th     day of August, 2006.

/s/ Richard W. Anderson
RICHARD W. ANDERSON
UNITED STATES MAGISTRATE JUDGE